GEORGE MANSOUR ET AL. *v.* FARMINGTON PLANNING AND ZONING COMMISSION

The petition by the plaintiffs for certification for appeal from the Court of Common Pleas in Hartford County is denied.

*Walter A. Twachtman, Jr.,* in support of the petition.

Submitted June 12—decided June 13, 1972

CLIFFORD R. BURGESS ET AL. *v.* THOMAS L. BONGE ET AL.

The defendants' "Request for Writ of Prohibition" in the appeal from the Court of Common Pleas in Fairfield County is dismissed.

The defendants' motion to require Ralph Kantrowitz and the firm of Kantrowitz and Kantrowitz to withdraw as counsel for the plaintiffs in the appeal from the Court of Common Pleas in Fairfield County is denied.

The defendants' "Motion to Amend Appeal" from the Court of Common Pleas in Fairfield County is granted.

*Thomas L. Bonge,* pro se, in support of the motions.